No. 3912.—STUBBE, aplte. v. GANDÍA, apldo.— C. D. San Juan. Nov. 16, 1928. Por cuanto al fijarse la fianza supersedeas en este caso la razón que hubo para fijarla en una suma de $15,000 fué que el demandante tenía aún embargadas algunas acciones del demandado en el pleito original y que tal demandante era el apelante en la apelación interpuesta para ante la Corte de Circuito de Apelaciones de los Estados Unidos para el Primer Circuito, siendo ahora el peticionario en la presente moción; Por tanto es de la incumbencia del peticionario demostrar a satisfacción de esta corte que el demandado Gandía no ha sufrido ningunos daños con motivo de la interposición de la demanda y del embargo a partir del supersedeas, y en su consecuencia se declara sin lugar la moción solicitando la cancelación de la fianza.

No. 4794.—BRAVO, apldo., v. DESPIAU, aplte.— C. D. San Juan. Nov. 21, 1928. Vista la moción de desestimación presentada por la demandante y apelada, apareciendo de la misma que el apelante no ha archivado en la secretaría de este tribunal ninguna transcripción de autos a pesar de haber transcurrido en exceso el tiempo fijado por la ley, y que tampoco ha solicitado prórroga alguna con tal fin, se declara la misma con lugar y en su consecuencia se desestima la apelación.